# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| VIATCHESLAV FILIMONOV, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   4:08-cv-00477-JFG-JEO |
| | ) |
| MICHAEL MUKASEY, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The petitioner, Viatcheslav Filimonov, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks release pending his repatriation to Russia.

On June 24, 2008, the respondents filed a motion to dismiss this action as moot premised upon the petitioner being deported from the United States to Russia on May 30, 2008. Therefore, the respondents assert that there is no longer a case or controversy between the parties.

The court agrees with the respondents. Accordingly, this action is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE and ORDERED 30 June 2008.**

**UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.**